KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELO BELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case # 2:14-CV-00834-EFB<br><br>MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The Plaintiff moves by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an additional extension of time to supplement the record.

　　　Plaintiff's counsel had difficulty downloading the second half of the record.  This evidence was essential in Plaintiff's case.  Plaintiff's counsel brought this issue to the attention of Defendant, and Defendant has agreed to additional time to review the second half of the record previously unavailable to Plaintiff's counsel. Plaintiff requests an extension of time to submit the opening brief on October 1st, 2014.

MOTION – Page 1
2:14-CV-00834-EFB

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 11, 2014:        s/ KELSEY M. BROWN
                                 Kelsey M. Brown, CA #263109
                                 Dellert Baird Law Offices, PLLC
                                 Attorney for Plaintiff

Dated September 11, 2014:        s/ KELSEY M. BROWN for Jeffery Chen
                                 Jeffery Chen
                                 (per e-mail authorization)
                                 Special Assistant U.S. Attorney
                                 Office of the General Counsel

                                 Of Attorneys for Defendant

ORDER

The Court adopts the Plaintiff's motion as outlined above.. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 15th day of September, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

MOTION – Page 2
2:14-CV-00834-EFB

Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
(360) 329-6968