UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO V. BELL,<br><br>                Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | No.  2:14-cv-834-EFB<br><br><br><br>ORDER |

   This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c). On July 28, 2014, defendant filed the administrative record and an answer. ECF Nos. 12, 13, 14. Pursuant to the court's scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days of the date the administrative record was served. ECF No. 6. After receiving an extension of time, plaintiff timely filed an opening brief. ECF No. 17. Plaintiff did not, however, file a motion for summary judgment. Without plaintiff moving for summary judgment, the court is without authority to enter judgment in plaintiff's favor should he succeed in showing that that the Commissioner's decision is not supported by substantial evidence or is based on legal error.

   Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a motion for summary judgment within 14 days of the date this order is served. Within 30 days after plaintiff's motion

1  for summary judgment is served, defendant shall file an opposition or a statement of non-
2  opposition to plaintiff's motion for summary judgment, as well as any cross-motions.  Within 21
3  days thereafter, plaintiff may file a reply.
4  DATED:  October 7, 2014.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE