BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ANGELO V. BELL, | ) | No. 2:14-cv-00834-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload in the month of November despite due diligence in maintaining his calendar.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, December 8, 2014.

Respectfully submitted,

Date: *November 7, 2014*          DELLERT BAIRD LAW OFFICES, PLLC

By:  */s/ Kelsey Mackenzie Brown*\*
KELSEY MACKENZIE BROWN
*\* By email authorization on Nov. 2, 2014*
Attorney for Plaintiff

Date: *November 7, 2014*          BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: November 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE