UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO V. BELL, | No. 2:14-cv-834-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 23, 2015, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 26. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, it is hereby ORDERED that, on or before February 18, 2016, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: January 27, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE