BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELO V. BELL, | Civil No. 2:14-cv-00834-EFB |
| Plaintiff, | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Angelo V. Bell be awarded attorney fees and expenses in the amount of four thousand two hundred dollars ($4,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

Stipulation for EAJA Fees

1    After the Court issues an order for EAJA fees to Angelo V. Bell, the government will
2 consider the matter of Angelo V. Bell's assignment of EAJA fees to Kelsey Mackenzie Brown.
3 Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment
4 will depend on whether the fees are subject to any offset allowed under the United States
5 Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the
6 government will determine whether they are subject to any offset.
7    Fees shall be made payable to Angelo V. Bell, but if the Department of the Treasury
8 determines that Angelo V. Bell does not owe a federal debt, then the government shall cause the
9 payment of fees, expenses and costs to be made directly to Kelsey Mackenzie Brown, pursuant
10 to the assignment executed by Angelo V. Bell.  Any payments made shall be delivered to Kelsey
11 Mackenzie Brown.

28 Stipulation for EAJA Fees

2

This stipulation constitutes a compromise settlement of Angelo V. Bell's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Angelo V. Bell and/or Kelsey Mackenzie Brown including Mackenzie Legal, PLLC, may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: _March 28, 2016_      DELLERT BAIRD LAW OFFICES, PLLC

By:   */s/ Kelsey Mackenzie Brown*\*
KELSEY MACKENZIE BROWN
\* *By email authorization on March 28, 2016*
Attorney for Plaintiff

Date: _March 28, 2016_      BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  March 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE